UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEDICATO TREATMENT CENTER, INC, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED HEALTHCARE SERVICES, INC., a Minnesota Corporation,<br><br>　　　　　Defendant. | Case No. 2:19-cv-08435-TJH (JCx)<br><br>The Hon. Terry J. Hatter, Jr.<br><br>**ORDER RE: JOINT STIPULATION AND REQUEST FOR DISMISSAL OF COMPLAINT WITH PREJUDICE [JS-6]** |

# ORDER

This Court, having considered the Joint Stipulation and Request for Dismissal of Complaint With Prejudice, filed by Plaintiff Dedicato Treatment Center, Inc. ("Dedicato") and Defendant United Healthcare Services, Inc. ("UHC") seeking to dismiss in their entirety and with prejudice all parties, claims, and defenses in the above-captioned action, and good cause appearing therefor, hereby orders as follows:

　　1.　Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice;

　　2.　No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party, rather each party shall bear all of his, her or its own attorneys' fees, expenses and costs;

IT IS SO ORDERED.

DATED: November 29, 2021　　　_____
　　　　　　　　　　　　　　　　The Hon. Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　United States District Judge